[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-10614
Non-Argument Calendar

_____

D.C. Docket No. 0:17-cv-61567-BB

DENNIS HAYNES,

Plaintiff-Appellant,

versus

PANDA EXPRESS, INC.,
a foreign corporation,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 12, 2018)

Before ED CARNES, Chief Judge, WILSON, and FAY, Circuit Judges.

PER CURIAM:

The district court's judgment is **VACATED** and **REMANDED** for reconsideration in light of <u>Haynes v. Hooters of Am., LLC</u>, No. 17-13170, ___ F.3d ___, 2018 WL 3030840 (11th Cir. 2018).